FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

13 MAY 15 AM 11:30

MIDDLE ... FLORIDA
TAMPA, FLORIDA

United States *ex rel.* Christina Hall,

    Plaintiffs,

vs.

Ascentia Home Health Care, LLC;
Ascentia Management Services, LLC;
Sunset Bay Assisted Living;
The Villas of Casa Celeste;
The Barrington;
Peter Candelora, MD; Paul Gonzalez, MD;
Daniel Rodriguez, MD; Optimum Family Care;
Vikran Atit, MD; Esteban Alfonso Ruiz, M.D.;
Hillary Kasarjian, RN, BSN; and
Ronald J. Corrigan,

    Defendants.

_____/

Case No. 8:09-cv-2393-T-35AEP

**FILED UNDER SEAL**

**NOTICE OF THE UNITED STATES THAT
IT IS NOT INTERVENING AT THIS TIME**

The United States hereby notifies the Court that it is not intervening in this case at this time. Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that

all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relators' action or claim under 31 U.S.C. § 3730(e)(4). The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

Robert E. O'Neill
United States Attorney

_____
Lacy R. Harwell, Jr.
Assistant United States Attorney
Florida Bar No. 714623
400 North Tampa St., Suite 3200
Tampa, FL 33602
Tel. (813) 274-6000
Fax (813) 274-6200
Randy.Harwell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2013, I served a true copy of the foregoing and proposed order by first class mail, postage pre-paid, on the following counsel of record:

Elaine Stromgren, Esquire
One Urban Centre, Suite 550
4830 W. Kennedy Blvd.
Tampa, Florida 33609

_____
LACY R. HARWELL, JR.
Assistant United States Attorney