UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**United States** *ex rel.* **Christina Hall,**

    **Plaintiffs,**

v.                                                       Case No. 8:09-cv-2393-T35-AEP

**Ascentia Home Health Care, LLC;**
**Ascentia Management Services, LLC;**
**Sunset Bay Assisted Living;**
**The Villas of Casa Celeste;**
**The Barrington;**
**Peter Candelora, MD; Paul Gonzalez, MD;**
**Daniel Rodriguez, MD; Optimum Family Care;**
**Vikran Atit, MD; Esteban Alfonso Ruiz, MD;**
**Hillary Kasarjian, RN, BSN; and**
**Ronald J. Corrigan,**

    **Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Notice of the United States that it is Not Intervening at this Time (S-37). Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby **ORDERED** that:

1. The **SEAL** in this case is **LIFTED** as to the following documents:

    a. The Complaint;

    b. The United States' Notice that it is Not Intervening at this Time;

    c. This Order; and

    d. **ALL PROSPECTIVE DOCUMENTS** filed in this case.

2. The **CLERK IS DIRECTED** that all other record filings filed before today's date and not specifically enumerated in this Order **SHALL REMAIN UNDER SEAL** and not be made public or served upon the Defendant.

3. The Relator shall serve the following documents on the Defendant: the Complaint, the United States' Notice that it is Not Intervening at this Time, and this Order.

4. The parties **SHALL** serve all future pleadings and motions filed in this action, including supporting memoranda, upon the United States and may only dismiss or settle this case with the United States' written consent, as provided for in 31 U.S.C. § 3730(b)(1) and (c)(3).

5. The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

**DONE and ORDERED** in Tampa, Florida, this 17th day of May 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party